NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
David N. Lake, Esq. SBN 180775
Law Offices of David N. Lake, APC
16130 Ventura Blvd., Suite 650
Encino, CA 91436

Phone: 818-799-5100
Facsimile: 818-788-5199

ATTORNEY(S) FOR: Plaintiff

FILED
2014 MAR -6 PM 2:43
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LOUSIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM,

Plaintiff(s),

v.

Stephen Berman, Joel Bennett, Michael G. Miller, Murray L. Skala, Robert E. Glick, Marvin Ellin, Dan Almagor, Leigh Anne Brodsky, et al.

Defendant(s)

CASE NUMBER: CV14-1670 GAF (RZx)

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| LOUSIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM | Plaintiff |
| JAKKS Pacific, Inc. | Nominal Defendant in derivative claims |

March 5, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

David N. Lake