NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ADVISORS, G.P.,<br>　　　Plaintiff,<br>　v.<br>STEPHEN BERMAN, an individual;<br>　　　Defendants.<br>and<br>JAKKS PACIFIC, INC.,<br>　　　Nominal Defendant. | Case No. 2:14-cv-1420 JAK(SSx) |
| LOUSIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM,<br>　　　Plaintiff,<br>　v.<br>STEPHEN BERMAN, an individual;<br>　　　Defendants.<br>and<br>JAKKS PACIFIC, INC.,<br>　　　Nominal Defendant. | Case No. 2:14-cv-1670 JAK(SSx)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE, APPOINT LEAD COUNSEL AND SET SCHEDULE (DKT. 12)**<br><br>**JS-6: LA CV14-01670 JAK (SSx)**<br><br>**Date: June 9, 2014**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 750**<br>　　　[The Hon. John A. Kronstadt] |

ORDER

Plaintiffs' Unopposed Motion to Consolidate, Appoint Co-Lead Counsel, and Set Schedule (the "Motion") has been considered by the Court. The Court has determined that the Motion may be decided without a hearing, pursuant to Local Rule 7-15. The Court GRANTS the Motion in part and orders as follows:

1. Pursuant to Federal Rule of Civil Procedure 42(a), Case No. 2:14-cv-1420 JAK(SSx), (the "Advanced Advisors Action") and Case No. 2:14-cv-1670 JAK (SSx) (the "LMPERS Action") are hereby consolidated for all purposes.

2. The Advanced Advisors Action shall be referred to herein as the "Lead Case" and the LMPERS Action shall be referred to herein as the "Consolidated Action."

3. In light of the foregoing, the Court orders the Consolidated Action Closed and counsel shall refrain from filing any documents from the date of this Order in the Consolidated Action. Any party in the Consolidated Action shall be included on the docket of the Lead Case.

4. Counsel shall file all pleadings and documents in the Lead Case from the date of this Order and shall bear the caption of the Lead Case ONLY.

5. Pursuant to their agreement and not as the result of any order of the Court, including this one, Block & Leviton LLP and The Paskowitz Law Firm, P.C. have agreed to serve as Co-Lead Counsel and the Law Offices of David N. Lake, APC as Liaison Counsel.

6. Should an action hereafter be filed in this Court that may be deemed related to the above Consolidated Actions, Interim Co-Lead Counsel shall timely file a Notice of Related Action.

7. Plaintiffs shall file a Consolidated Complaint, or designate one of the member complaints as the Operative Complaint on or before April 30,

1  2014.

2      8.  A Scheduling Conference in this matter will proceed on May 12, 2014

3      at 8:30 a.m. in Courtroom 750.

4  **IT IS SO ORDERED,**

Dated: April 17, 2014                          _____

                                                  The Hon. John A. Kronstadt
                                                  United States District Court Judge